EDWARD F. McHALE (FL SBN190300)
McHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, FL 33410
Telephone: 561-625-6575
Fax: 561-625-6572
Email: Litigation@mspatents.com

DAVID Z. RIBAKOFF (CA SBN 162925)
THE PHAN LAW GROUP
A Professional Law Corporation
6080 Center Drive, Suite 610
Los Angeles, CA  90045
Telephone: 310-242-5600
Fax: 310-943-2126
Email: dribakoff@lkplaw.com

Attorneys for Defendant GelTech Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN P. MARTIN and DAVID E. NEAL,<br><br>Plaintiffs,<br><br>V.<br><br>GELTECH SOLUTIONS, INC. and ROOTGEL WEST<br><br>Defendants. | Case No. C09-04884 CW<br><br>**SECOND STIPULATION AND ORDER CHANGING TIME OF BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO TRANSFER OR STAY ACTION [Civil L.R. 6-2]** |

## STIPULATION

Plaintiffs Susan P. Martin and David E. Neal and Defendant GelTech Solutions, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for a an order changing the briefing schedule on Plaintiffs' Motion for Summary Judgment, filed by Plaintiff on December 11, 2009 (the "Motion for Summary Judgment"), as follows:  Opposition to the Motion for Summary Judgment shall be filed and served on or before January 21, 2010.  Any

---

SECOND STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, ETC.

1  reply in support of the Motion for Summary Judgment shall be filed and served on or before January 28,
2  2010.
3        Additionally, Plaintiffs Susan P. Martin and David E. Neal and Defendant GelTech Solutions,
4  Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Civil
5  L.R. 6-2 for a an order changing the briefing schedule on Defendants' Motion to Transfer or Stay
6  Action, filed by Plaintiff on December 7, 2009 (the "Motion to Transfer"), as follows:
7        Opposition to the Motion to Transfer shall be filed and served on or before January 21, 2010.
8  Any reply in support of the Motion shall be filed and served on or before January 28, 2010.
9        This Stipulation is supported by the accompanying Declarations of Edward F. McHale and
10 David Z. Ribakoff, submitted in compliance with Civil L.R. 6-2(a). In summary, the parties desire like
11 extensions on their respective opposition briefing deadlines to facilitate settlement discussions between
12 the parties and avoid potentially unnecessary expense or waste of judicial resources.
13       **IS SO STIPULATED.**

14
15 Dated: January 8, 2010                  ZIMMERMAN & CRONEN, LLP
16
17                                           By: /s/ Michael James Cronen
18                                               Michael James Cronen
                                              Attorneys for Plaintiffs Susan P. Martin and
19                                               David E. Neal

20 Dated: January 8, 2010                  McHALE & SLAVIN, P.A.
21
22
                                            By: /s/ Edward McHale
23                                              Edward McHale
24                                              Attorneys for Defendant GelTech Solutions,
                                             Inc.
25
26
27
28                                                **ORDER**

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE MOTIONS WILL BE DECIDED**
2   **ON THE PAPERS.**

Dated:  January  8, 2010

_____
UNITED STATES DISTRICT JUDGE

---

**SECOND STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, ETC.**