EDWARD F. McHALE (FL SBN 190300)
McHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, FL 33410
Telephone: 561-625-6575
Fax: 561-625-6572
Email: Litigation@mspatents.com

DAVID Z. RIBAKOFF (CA SBN 162925)
THE PHAN LAW GROUP
A Professional Law Corporation
6080 Center Drive, Suite 610
Los Angeles, CA 90045
Telephone: 310-242-5600
Fax: 310-943-2126
Email: dribakoff@lkplaw.com

Attorneys for Defendant GelTech Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN P. MARTIN and DAVID E. NEAL,<br><br>Plaintiffs,<br><br>V.<br><br>GELTECH SOLUTIONS, INC. and ROOTGEL WEST<br><br>Defendants. | Case No. C09-04884 CW<br><br>**THIRD STIPULATION AND ORDER CHANGING TIME OF BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO TRANSFER OR STAY ACTION**<br>[Civil L.R. 6-2] |

## STIPULATION

Plaintiffs Susan P. Martin and David E. Neal and Defendant GelTech Solutions, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for a an order changing the briefing schedule on Plaintiffs' Motion for Summary Judgment, filed by Plaintiff on December 11, 2009 (the "Motion"), as follows: Opposition to the Motion shall be filed and served on or before February 4, 2010. Any reply in support of the Motion shall be filed and served on or before February 11, 2010. This Stipulation is supported by the accompanying Declaration of Edward F. McHale, submitted in compliance with Civil L.R. 6-2(a). Additionally, Plaintiffs Susan

1  P. Martin and David E. Neal and Defendant GelTech Solutions, Inc. ("Defendant"), by and through

2  their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for a an order changing the

3  briefing schedule on Defendants' Motion to Transfer or Stay Action, filed by Plaintiff on December 7,

4  2009 (the "Motion"), as follows:  Opposition to the Motion shall be February 4, 2010.  Any reply in

5  support of the Motion shall be filed and served on or before February 11, 2010.

6        This Stipulation is supported by the accompanying Declaration of Edward F. McHale,

7  submitted in compliance with Civil L.R. 6-2(a).

8        **IS SO STIPULATED.**

9

10 Dated:  January 25, 2010        ZIMMERMAN & CRONEN, LLP

11

12         By:  /s/ Michael James Cronen_____

13            Michael James Cronen
           Attorneys for Plaintiffs Susan P. Martin and

14            David E. Neal

15 Dated:  January 25, 2010        McHALE & SLAVIN, P.A.

16

17

18         By:  /s/ Edward McHale_____
           Edward McHale

19            Attorneys for Defendant GelTech Solutions,
           Inc.

20

21         **ORDER**

22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24 Dated: January  25, 2010

        _____

25         UNITED STATES DISTRICT JUDGE

26

27

28

**THIRD STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, ETC.**