1  EDWARD F. McHALE (FL SBN 190300)
   McHALE & SLAVIN, P.A.
2  2855 PGA Boulevard
   Palm Beach Gardens, FL 33410
3  Telephone:  561-625-6575
   Fax: 561-625-6572
4  Email: Litigation@mspatents.com

5  DAVID Z. RIBAKOFF (CA SBN 162925)
   THE PHAN LAW GROUP
6  A Professional Law Corporation
   6080 Center Drive, Suite 610
7  Los Angeles, CA  90045
   Telephone: 310-242-5600
8  Fax: 310-943-2126
9  Email: dribakoff@lkplaw.com

10 Attorneys for Defendant GelTech Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN P. MARTIN and DAVID E. NEAL,<br><br>Plaintiffs,<br><br>V.<br><br>GELTECH SOLUTIONS, INC. and ROOTGEL WEST<br><br>Defendants. | Case No. C09-04884 CW<br><br>**ORDER CHANGING TIME OF BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO TRANSFER OR STAY ACTION**<br><br>**[Civil L.R. 6-2]**<br><br>[STIPULATION FILED CONCURRENTLY HEREWITH] |

### **STIPULATION**

Plaintiffs Susan P. Martin and David E. Neal ("Plaintiffs") and Defendant GelTech Solutions, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for a an order changing the briefing schedule on Plaintiffs' Motion for Summary Judgment, filed by Plaintiff on December 11, 2009 (the "Motion for Summary Judgment"), as follows:  Any reply in support of the Motion for Summary Judgment shall be filed and served on or before March 4, 2010.

---

**[PROPOSED] ORDER**

1  Opposition to the Motion for Summary Judgment was filed on February 4, 2010.  Additionally,
2  Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate pursuant to
3  Civil L.R. 6-2 for a an order changing the briefing schedule on Defendants' Motion to Transfer or Stay
4  Action, filed by Plaintiff on December 7, 2009 (the "Motion to Transfer"), as follows:  Any reply in
5  support of the Motion shall be filed and served on or before March 4, 2010.  Opposition to the Motion
6  to Transfer was filed on February 4, 2010.
7      This Stipulation is supported by the accompanying Declaration of Edward F. McHale,
8  submitted in compliance with Civil L.R. 6-2(a).
9      **IS SO STIPULATED.**
10
11 Dated:  February 11, 2010        ZIMMERMAN & CRONEN, LLP
12
13                                                       By:  /s/ Michael James Cronen_____
14                                                              Michael James Cronen
                                                                 Attorneys for Plaintiffs Susan P. Martin and
15                                                              David E. Neal
16 Dated:  February 11, 2010        McHALE & SLAVIN, P.A.
17
18
19                                                       By:  /s/ Edward McHale_____
                                                                 Edward McHale
20                                                              Attorneys for Defendant GelTech Solutions,
                                                                 Inc.
21
22                                                    **ORDER**
23 PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
25 Dated: February  11, 2010
26                                                       _____
27                                                       UNITED STATES DISTRICT JUDGE
28

**[PROPOSED] ORDER**