EDWARD F. McHALE (FL SBN 190300)
McHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, FL 33410
Telephone: 561-625-6575
Fax: 561-625-6572
Email: Litigation@mspatents.com

DAVID Z. RIBAKOFF (CA SBN 162925)
ENENSTEIN & ASSOCIATES, APC
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
(310) 899-2070 Phone
(310) 496-1930 Fax
Email: DRibakoff@Enensteinlaw.com

Attorneys for Defendant
GelTech Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN P. MARTIN and DAVID E. NEAL, | Case No. C09-04884 CW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; SUPPORTING DECLARATION OF DAVID Z. RIBAKOFF** |
| V. | |
| GELTECH SOLUTIONS, INC. and ROOTGEL WEST, | [Civil L.R. 6-2] |
| Defendants. | |

///

///

1

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

## STIPULATION

Plaintiffs Susan P. Martin and David E. Neal ("Plaintiffs") and Defendant GelTech Solutions, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for an order continuing the Case Management Conference, currently set for June 8, 2010, to June 15, 2010 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

This Stipulation is supported by the accompanying Declaration of David Z. Ribakoff, submitted in compliance with Civil L.R. 6-2(a).

IT IS SO STIPULATED:

Dated: May 4, 2010                                                                ZIMMERMAN & CRONEN, LLP

By:    /S/ Michael James Cronen
_____
Michael James Cronen
Attorneys for Plaintiffs Susan P. Martin and David E. Neal

Dated: May 4, 2010                                                                ENENSTEIN & ASSOCIATES, APC

By:    /S/ David Z. Ribakoff
_____
David Z. Ribakoff
Attorneys for Defendant GelTech Solutions, Inc.

## ORDER

PURSUANT TO THE STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: May 5, 2010                                                                [signature]
_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

## DECLARATION OF DAVID Z. RIBAKOFF

I, David Z. Ribakoff, declare as follows:

1. I make this declaration in connection with the parties' Stipulation to Continue Case Management Conference.

2. On May 3, 2010, I received the Clerk's Notice Continuing Case Management Conference in the above-captioned action from May 4, 2010 to June 8, 2010. I have a calendar conflict on June 8, 2010. Specifically, my son is graduating high school, and I am scheduled to travel to Dallas, Texas on June 8th to attend his graduation ceremony that evening.

4. As soon as I received the Clerk's Notice Continuing Case Management Conference, I spoke with opposing counsel, Michael Cronen, to advise him of my calendar conflict. Mr. Cronen was agreeable to stipulating to continuing the Case Management Conference to June 15, 2010.

5. A one-week continuance of the Case Management Conference will not cause any delays in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Santa Monica, California, this 4 day of May, 2010.

/S/ David Z. Ribakoff

1

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

# CERTIFICATE OF SERVICE BY ECF FILING

I, DAVID Z. RIBAKOFF, certify that:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action. My business address is 6080 Center Drive, Suite 610, Los Angeles, CA 90045. On May 4, 2010, 2010, I electronically filed

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; SUPPORTING DECLARATION OF DAVID Z. RIBAKOFF**

with the Clerk of the courts by using the ECF system which will send a notice of electronic filing to the following:

Michael James Cronen, Esq. Attorneys for Plaintiffs
Zimmerman & Cronen
1330 Broadway Avenue
Suite 710
Oakland, CA 04612-2506
Telephone: 510-465-0828
Facsimile: 510-465-2041
E-Mail: mcronen@zimpatent.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May, 2010, at Santa Monica, California.

/S/ David Z. Ribakoff

2

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**